UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOAH'S ARK PROCESSORS, LLC
and NOAH'S ARK HOLDING
COMPANY, LLC

    Plaintiffs,

v.

ROBERT R. ELLIOTT,

    Defendant.

CIVIL NO. 17-1602 (ADM/DTS)

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 24, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Defendant Robert R. Elliott filed a Motion to Dismiss on May 30, 2017.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the above matter is remanded to Hennepin County District Court, Fourth Judicial District, pursuant to 28 U.S.C. § 1447(c). Defendant Robert R. Elliott's Motion to Dismiss [Docket No. 3] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 13, 2017

                                        s/Ann D. Montgomery
                                        ANN D. MONTGOMERY
                                        United States District Court Judge